AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

AUG 21 2018

Clerk of Court

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. M-18-1728-M |
| Rogelio LOPEZ-Rios ) | |
| YOB: 1992  Citizenship: MEX ) | |
| ) | |
| ) | |
| _____ ) | |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 21, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Cocaine |
| 21 U.S.C. § 952 | Illegal Importation of Cocaine |

This criminal complaint is based on these facts:
August 21, 2018, Rogelio LOPEZ-Rios was detained attempting to enter the United States through the Hidalgo, Texas Port of Entry with approximately 26.3 kilograms of cocaine concealed inside floor cargo area of the vehicle he was driving.
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by

Sworn to before me and signed in my presence.

_Complainant's signature_

Edgard Reynoso III, HSI Task Force Officer
_Printed name and title_

Date: 8/21/2018

_Judge's signature_

City and state: McAllen, Texas

U.S. Magistrate Judge J. Scott Hacker
_Printed name and title_

**Attachment "A"**

On August 21, 2018, a 2003 Honda Pilot driven by Rogelio LOPEZ-Rios attempted to make entry into the United States (US) at the Hidalgo, Texas Port of Entry (POE) thru the primary inspection station. LOPEZ-Rios was accompanied by his wife, his son and wife's grandmother. LOPEZ-Rios vehicle was selected for post primary inspection by Customs and Border Protection Officer (CBPO).

In secondary inspection, CBPO took a negative oral declaration. The vehicle was referred for a more intensive inspection with a gamma ray machine where anomalies were discovered in the rear floor cargo area. CBPO's drilled the floor yielding a white powdery substance.

CBPO's requested the assistance of a Canine Enforcement Officer (CEO) and Narcotics Detection Dog (NDD) "Sony" was requested and NDD "Sony" alerted to the rear floor cargo area of the vehicle. Further physical inspection of the vehicle revealed a total of 25 packages concealed in the rear floor cargo area of the Honda Pilot. The twenty-five (25) packages field tested positive for properties of cocaine. The total weight of the cocaine found was approximately 26.3 kilograms.

Homeland Security Investigations (HSI) Special Agents, were advised of the situation and responded to the Hidalgo, Texas (POE) to interview LOPEZ-Rios. HSI's SA's read LOPEZ-Rios his Miranda rights and he waived his rights in writing and elected to speak to the agents. He stated an individual he met approximately six (6) months ago hired him to transport illegal narcotics from Cadereyta, Mexico to the United States. LOPEZ-Rios stated he knew he was attempting to import illegal narcotics into the United States. LOPEZ-Rios was going to get paid approximately $5000.00 dollars for his work and was paid $500.00 dollars in advance.